## UNITED STATES DISTRICT COURT      EASTERN DISTRICT OF TEXAS

BRANDON D. WILLIAMS, §
§
      Plaintiff, §
§
§
*versus* §    CIVIL ACTION NO. 9:23-CV-219
§
STATE OF TEXAS, *et al.*, §
§
      Defendants. §

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Brandon D. Williams, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed without prejudice as repetitious.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion the objections are without merit. The magistrate judge correctly concluded that this case is repetitious of civil action number 9:23cv139, a case that remains pending.

### ORDER

Accordingly, the objections filed by plaintiff in this matter (#29) are **OVERRULED**. The findings of fact and conclusions of law set forth in the report of the magistrate judge (#25) are

correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment shall be entered

in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 28th day of August, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE